IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20216
Conference Calendar
_____


JAMES W. PERKINS,

Plaintiff-Appellant,

versus

LORD JONES; R D BOYD; ROBERT
A LOSACK; WAYNE SCOTT, DIRECTOR,
TEXAS DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION,

Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-92-1674
- - - - - - - - - -
December 20, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

James W. Perkins appeals the district court's grant of
summary judgment in favor of the defendants. He contends that he
was subjected to excessive-force. We have reviewed the record
and the district court's opinion and find no reversible error.
His other claims are not adequately briefed and are waived.

---

[*]     Local Rule 47.5.1 provides:  "The publication of
opinions that merely decide particular cases on the basis of
well-settled principles of law imposes needless expense on the
public and burdens on the legal profession."  Pursuant to that
Rule, the court has determined that this opinion should not be
published.

The appeal is without arguable merit and thus frivolous. We caution Perkins that any additional frivolous appeals filed by him will invite the imposition of sanctions. To avoid sanctions, Perkins is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous because they have been previously decided by this court.

APPEAL DISMISSED. See 5th Cir. Rule 42.2.